IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Andersen, Robert A

Printed: 8/26/08

Case Number: 03 B 49610
Judge: Wedoff, Eugene R
Filed: 12/9/03

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 30, 2008
Confirmed: April 8, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 46,051.00 |  |
| Secured: |  | 16,637.28 |
| Unsecured: |  | 21,274.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,094.00 |
| Trustee Fee: |  | 2,249.47 |
| Other Funds: |  | 3,796.25 |
| Totals: | 46,051.00 | 46,051.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,094.00 | 2,094.00 |
| 2. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 16,637.28 | 16,637.28 |
| 5. | Mortgage Electronic Registration Sys | Secured | 6,769.70 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 1,309.49 | 1,309.49 |
| 7. | Resurgent Capital Services | Unsecured | 1,688.03 | 1,688.03 |
| 8. | RoundUp Funding LLC | Unsecured | 76.38 | 76.38 |
| 9. | Provident Bank | Unsecured | 405.42 | 405.38 |
| 10. | ECast Settlement Corp | Unsecured | 2,262.58 | 2,262.58 |
| 11. | Resurgent Capital Services | Unsecured | 2,143.09 | 2,143.09 |
| 12. | Resurgent Capital Services | Unsecured | 2,920.00 | 2,920.00 |
| 13. | RJM Acquisitions LLC | Unsecured | 6,996.96 | 6,996.96 |
| 14. | RoundUp Funding LLC | Unsecured | 3,472.09 | 3,472.09 |
| 15. | CitiMortgage Inc | Secured |  | No Claim Filed |
| 16. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 17. | Citibank | Unsecured |  | No Claim Filed |
| 18. | Perimeter Credit | Unsecured |  | No Claim Filed |
| 19. | Bank Of America | Unsecured |  | No Claim Filed |
| 20. | CitiMortgage Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 46,775.02 | $ 40,005.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 40.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Andersen, Robert A

Printed:  8/26/08

Case Number:  03 B 49610
Judge:  Wedoff, Eugene R
Filed:  12/9/03

| | |
|---:|---:|
| 4% | 64.75 |
| 6.5% | 765.35 |
| 3% | 72.00 |
| 5.5% | 440.00 |
| 5% | 119.47 |
| 4.8% | 249.28 |
| 5.4% | 497.97 |
| | _____ |
| | $ 2,249.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

